LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CONRAD JASON LEE,<br><br>   Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>   Defendant. | No. EDCV 18-01645 MAA<br><br>[PROPOSED] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND FOUR HUNDRED FIVE DOLLARS AND 20/100 ($3,405.20) subject to the terms of the stipulation.

DATE: November 25, 2019          _/s/ Maria A. Audero_
                                      HON. MARIA A. AUDERO,
                                      UNITED STATES MAGISTRATE JUDGE